E-17-0480 – Trahan v. Wayfair, Inc.
Response of Kirstie Trahan to Employer's Position Statement
March 5, 2018

On September 20, 2017, I started my work day at 11:30 am which usually ends at 8:00 pm. I came in to work and the systems were down. We were told for two hours to "cherry" pick emails which means you pick out the junk emails, avoid customer emails, and delete them. I listened to Brianna Ireland loudly joke and make fun of customer emails, that she accidently pulled and put back in the queue. The systems came back up around 1:45 - 2:00 pm.

Around 2:00 p.m., I said to Ashley Macdonald who sat to my left, "It would be nice if there was a number for Fedex in Canada." While I was dialing Fedex for the United States, Ashley and I were talking when Brianna chimed in with " they do have a contact number." I replied to her "I was not talking to you. Please do not overstep my conversation." She then proceeded to try to talk over me. I asked her to stop and that I'd look it up as I did not know that.  She then proceeded to say "well if you had listened to me the first time, then you would have known." I remained sitting this entire time. I said, "well you don't have to be ignorant." She started to say something else when Ashley cut her off and said, "that's enough guys, we all disagree on things."

During this time, I started to sweat, this much commotion between people's tones and voices and talking over each other is a lot for me to handle. I started to black out when the flashback came across. I remained sitting the whole time and that can be verified by Brynn Williams who sat two desks down from Brianna and diagonal from me, Toni Johnson and Harley Ponte who were all present at the time of the incident and witnessed the whole thing. I have messages on Facebook from both of them verifying they were there and I never once pounded my fists off the desk or stormed off. The flashback I had took me back to a time in my life that I don't like to relive, it was one of the worst flashbacks I have ever had in my life. My PTSD is from a rape that happened to me while I was in the military. The flashback was so intense that I felt like I was being touched, I could smell his breath, and I froze. I have never been violent when having a flashback and this can be confirmed by medical staff.

This flashback lasted around 10 minutes. I reached out to Joseline Belanger who was also my manager via Skype for business - Wayfair claims that every message is recorded and is monitored. I wanted to know when we were going to our permanent desks with our teams because I knew Brianna was not going to my team and I would prefer to be moved away from her and Ashley as soon as possible. I was then approached by Kristie Foster who came up beside me and said we need to speak with you. After a flashback I become very unsure of situations. I walked into a conference room into a situation where once again it was two people on one. The one being me. I find those situations very intimidating and this situation then triggered a panic attack for me which I tried my best to control while I was in this meeting. I don't really recall much from that meeting but when I have a panic attack I tend to cross my arms across my body to control it while I am around people. It helps me feel secure. Panic attacks also cause flashbacks for me. I tend to speak in choppy tones when I am trying my best

1

TRAHAN DOC PROD 10-11-18 413

DEPOSITION
EXHIBIT

to remain composed. I vaguely remember saying I thought I may have said "bitches" on the floor, but that I never said the F word.

During "nesting," Thoma Noddin was our nesting manager and Kirk Thompson was the one that trained us in a classroom setting. During this meeting with Kristie and Joseline, I told them this wasn't the first incident with Brianna and Ashley. I told them that I had reported Ashley and Brianna for what appeared to be a conversation of them making fun of me and other coworkers in a Skype group which again is recorded by Wayfair and sent to the personal inboxes of the people in the conversation. I reported this to Thoma Noddin after one of our 1:00 pm nesting meetings that we had daily. I approached Thoma Noddin with Harley Ponte also present and reported this behavior of my co-workers to her. She told me she would look into it and take care of it and to keep my head up and not let them wear me down.

After my meeting with Kristie and Joselin, I stepped out to my car where I called my husband and had one of the worst panic attacks I've ever had and more flashbacks. I was very distraught. He did his best to calm me down. Once I entered the building, I sat down at my desk and was once again approached by Kristie Foster who placed her hand on my shoulder approaching me from behind which is also a huge trigger for me. I was walked out to the front of the building in front of everyone where I was greeted yet again by a meeting. This time it was three on one. I was advised I was being sent home for the remainder of the day and I would be suspended until Friday and they would tell me exactly what would happen. This was pending a fact-finding investigation according to Jonie. I felt very attacked in this meeting, not like they were unbiased but that they hated me. They asked me if I needed anything from my desk and I stated out of panic that I wanted all of it. This made me very distraught and I asked if she was going to talk to everyone on the floor in the near vicinity specifically Harley Ponte, Toni Johnson and Brynn Williams who all heard the conversation and how everything went down. I was told by Jonie she would speak to everyone that was there and that this was going to be an intense fact finding few days. I asked what was going to happen to the other girl involved and if she was suspended as well. Jonie aggressively and sharply cut me off saying she could not discuss that with me but she would be doing a fact finding interview.

I was escorted to the front door of the building where they made sure they took my badge and told me that they would be in contact with me on Friday. I left Wayfair and I called my husband again and he advised me to come to see him at work because he was done for the day and doing paperwork. He knew I was extremely distraught and having flashbacks. He did not want me to go home to our children until he himself set eyes on me. Once I arrived home with my husband and had taken my medication for my flashbacks, he stood there with me while I called Jonie before 5:30 pm and declared my disability. This was before anyone told me I was fired. According to Jonie in the interview before I left, I was just suspended until a fact-finding interview could be done.

On Thursday evening I received a call from Jonie. I was told in the phone call on Friday by Jonie that all outbound calls are recorded, so I would like this phone call pulled because Jonie demanded access to my doctors stating that she would need to talk to them herself to

2

TRAHAN DOC PROD 10-11-18

414

even acknowledge my disability. I said I could provide letters from my medication management team and my therapist, but I would not provide my whole medical file to her. Jonie stated that she did not believe Brianna's tone would have caused my flashback because Brianna herself and Ashley said she didn't have a tone. There were no managers present at the time of the incident as they were all in a meeting. I stated I had been out of the work place being a stay at home mom because I had two babies in two years and two high risk pregnancies. Jonie said to me that what had happened was very serious and would not be tolerated. I asked, "am I being fired?" She said she did not say that and that they were still doing the fact finding and that she would be in touch with me sometime on Friday. I received a call on Friday, September 22, 2017 and was told that they had decided to terminate me. I asked during this phone call if all outgoing calls where recorded and Jonie said, "yes, they are."

While I was waiting for Wayfair to decide what they were going to do about the situation, I reached out to a few people I worked with. One of them was Toni Johnson. I have attached the Facebook messages where she says that she and Harley were not talked to about the incident. I also reached out to Brynn Williams and she said Jonie never spoke with her either. Brynn also stated that I just sat there the entire time. I also checked with Cougar Bunn and asked if he heard swearing on the floor because according to Jonie it never happens. Cougar confirmed it happens all the time on the floor. These messages are attached as well.

After living through this incident, I have never felt so ashamed of having PTSD in my entire life. I have had to adjust my medications and my life around this incident. I have lived the most horrendous flashbacks and night terrors. I have to take anxiety medications to even enter into public areas because I feel so humiliated from this incident. I have been living with this since I came home from the military. I have gotten help but sometimes it still affects me and I can't choose when it does. I feel like my disability was used against me at Wayfair and I feel like they decided that I could not do my job and never once offered me a work at home position which they were rolling out within the next month. I was very good at my job. Anytime a customer was rude or had a tone that made me feel uncomfortable, I took the necessary steps to get them over to the Care Department. Not once did this effect how I did my job. It was just an interaction between coworkers.

My question is, why was I not told on Wednesday that I had been fired if the decision had been made? I wasn't told until Friday afternoon that I was fired. But the decision had apparently been made well before then. This whole situation has brought back flashbacks and memories for me that I have never wanted to relive. It also has given me social anxiety and brought back my need to flee from any situation. This situation may have ended for Wayfair the day they terminated me which was Friday September 22, 2017, but as of February 24, 2018, it still cripples me with flashbacks and anxiety. Also writing this took me most of the whole month. I had to respond because it triggers flashbacks and anxiety attacks for me.

3

TRAHAN DOC PROD 10-11-18

415