

**Verizon** 🔋        8:25 AM        ⁎ 🔋

‹ Home (1)        Brynn Williams ›
                  Active 1h ago        📞 ▢◁


Joselin Ashley just pulled her aside


Oh Ashely pulled joseline aside? I was going to say it might be her coaching meeting because some of us have those <u>today</u>

Maybe. Idk. It would make sense if she is in there running her mouth

SEP 20, 2:57 PM

So I got pulled into a meeting about the whole bri thing

I figured that's what it was about. What happened?

I'm pretty sure I'm going to get shafted because of this whole thing

After you left they pulled Ashely in to talk to her


Did you go home for the day?


DEPOSITION
EXHIBIT
8

      

TRAHAN DOC PROD 10-11-18        416



.ıll Verizon 🤫    8:25 AM    ✶ ▭

‹ Home (1)    **Brynn Williams ›**
Active 1h ago    📞 ▭◁

Nope I stepped out to my car for a minute.

I'm probably going to get in trouble for the whole snapping back at her.

 She was snappy too though. What did they say to you?

Oh that I dropped f bombs. I did call her a little bitch. But I don't think I said fuck.

 I didn't hear any f bombs lol I didn't even hear you call her a little bitch

I told them you witnessed the whole thing. But like they have this click going and clearly I'm the target.

 So weird

SEP 20, 3:27 PM

I got suspended

For how long?

         

TRAHAN DOC PROD 10-11-18    417



.ıll Verizon 🤶                        8:25 AM                              ✳ ▬▬

‹ Home (1)          **Brynn Williams ›**              📞  ▢◁
                      Active 1h ago

 Why did she take all the stuff off your desk?



I asked her too

Till Friday I guess

Is bri still there?

 Yeah they moved her with her team

Oh

SEP 20, 3:59 PM

 I thought you quit because they took the stuff off your desk

No. I told them to grab it all

SEP 20, 4:17 PM

Can you get me Jonie's number from org?

SEP 20, 4:37 PM

 Yeah hold on we are in a meeting

           

TRAHAN DOC PROD 10-11-18                    418

 Verizon           8:25 AM

⟨ Home (2)          **Brynn Williams** >
                    Active 1h ago

SEP 20, 4:17 PM

Can you get me Jonie's number from org?

SEP 20, 4:37 PM

 Yeah hold on we are in a meeting

SEP 20, 4:52 PM

Oh okay

SEP 20, 5:10 PM

 857-559-4887

Thank you.

SEP 20, 6:37 PM

I'm just kinda pissed

SEP 20, 7:01 PM

 What did you say when Jonie talked to you?

Oh that they were doing a fact finding thing

                         

TRAHAN DOC PROD 10-11-18          419

■■ıĺl Verizon 🛜     8:25 AM     ✳ ▬

⟨ Home (2)    Brynn Williams ⟩
Active 1h ago    📞 📹

 What did you say when Jonie talked to you?

Oh that they were doing a fact finding thing

I guess I told them you heard the whole thing

 What the hell is a fact finding

To make sure they have evidence to fire me I guess

Ashley told them I said the f word and carried on loudly

SEP 21, 5:14 PM

So I heard from hr and they are saying bri didn't even snap at me

Well she definitely gave you some attitude

 Which wasn't needed

They are claiming she said it

     

TRAHAN DOC PROD 10-11-18     420



innocently

And that I was the only one raising my voice

SEP 22, 2:23 PM

 I thought you were supposed to be back <u>today</u>

I was fired

Did they talk to you about the situation?

Shut up???

 No they didn't

Yeah. They said that Bree did nothing wrong

And that she didn't treat me bad at all

 I think she should have gotten the same consequence honestly. It's not really fair

    

TRAHAN DOC PROD 10-11-18    421



And that she didn't treat me bad at all

I think she should have gotten the same consequence honestly. It's not really fair

Did you hear them swear?

I had a ptsd flashback on the floor is what happened.



No but I thought I only heard you say god damn so I didn't hear you swear either

Oh okay. But you did hear her be ignorant right?

SEP 22, 5:52 PM

Yeah she gave you attitude when you were asking something about fedex



According to hr she didn't.

She was innocent



TRAHAN DOC PROD 10-11-18

422

 

 

〈 Home (2)       Brynn Williams 〉
                Active 1h ago

Did you hear them swear?

I had a ptsd flashback on the floor is what happened.

 No but I thought I only heard you say god damn so I didn't hear you swear either

Oh okay. But you did hear her be ignorant right?

SEP 22, 5:52 PM

 Yeah she gave you attitude when you were asking something about fedex

According to hr she didn't.

She was innocent

SEP 22, 7:03 PM

So how is the babe doing?

 Good! I have an appointment next week to see him again

              

TRAHAN DOC PROD 10-11-18

423

 Verizon 📶    8:27 AM    ⚡ 🔋

‹ Home (2)    Brynn Williams ›    📞 📹
Active 1h ago

Hey quick question about when I got fired from Wayfair. Do you remember me throwing my headset and causing a huge scene?

 No lol you didn't do that

Not even when I got into it with Ashley and Bree I never pounded my fists off the desk or stormed off right

Nope I don't think so

 I'm pretty sure you just sat there

Okay Thank you that's what I thought. Thank you. Sorry for the vagueness

Do you remember who trained us? Besides Thoma

No it's okay! When we were in nesting you mean?

 Or the Kirk guy

         

TRAHAN DOC PROD 10-11-18

424