

# II. PERSONAL CONDUCT

## General Rules of Conduct

All Wayfair employees must treat everyone in a professional manner - that is, with respect, integrity, courtesy and a cooperative attitude. Wayfair is a service firm and prospers based upon our customer service and quality — it is the job of every Wayfair employee to further these basic principles.

Employees must:
- Truthfully respond to all job-related inquiries
- Be honest in all business relationships
- Report regularly to work at your scheduled starting time and put in a full day's work
- Alert your manager or supervisor at least 1 hour before your scheduled start time, if you must be absent. You are responsible for knowing the phone numbers and contact information for people whom you may need to contact
- Request any planned time off work 3 weeks in advance, dependent upon manager approval, consistent with the requirements of applicable law

## Policy against Sexual Harassment and Other Workplace Harassment

### Purpose

Wayfair believes in respecting the dignity of every employee and expects every employee to show respect for all of our colleagues, clients, associates, and vendors. Respectful, professional conduct furthers Wayfair's mission, promotes productivity, minimizes disputes, and enhances our reputation. Accordingly, this policy forbids any unwelcome conduct that is based on an individual's race, color, religion, sex, gender (which includes gender identity or expression, transgender identity, pregnancy, childbirth or related medical condition, and gender stereotyping), national origin, age, disability, ancestry, medical condition, marital status, military or veteran status, citizenship status, sexual orientation, genetic information, or any other protected status of an individual or that individual's associates or relatives. Wayfair is thus committed to providing a work environment that is free of unlawful discrimination, including harassment that is based on any legally protected status. Wayfair will not tolerate any form of harassment that violates this policy.

### Coverage

This policy forbids any employee, manager, supervisor, officer, director, vendor, client, or agent of the Company to harass any Wayfair employee, applicant, or contractor.

### Prohibited Conduct

The conduct prohibited by this policy, whether verbal, physical, or visual, includes any discriminatory employment action and any unwelcome conduct that is inflicted on someone because of that individual's protected status. Among the types of unwelcome conduct prohibited by this policy are epithets, slurs, negative stereotyping, intimidating acts and the circulation or posting of written or graphic materials that show hostility toward individuals because of their protected status. Wayfair prohibits that conduct in the workplace, even if the conduct is not sufficiently severe or pervasive to constitute unlawful harassment.

W000009