EXHIBIT
A
PENGAD 800-631-6989

## Thoma Noddin

| | |
|---|---|
| **From:** | Thoma Noddin |
| **Sent:** | Wednesday, September 20, 2017 5:09 PM |
| **To:** | Jonie Dunivan |
| **Subject:** | FW: Conversation with Amber Robertson |
| **DriveForOfficeId:** | 572755b3-caf9-4aea-84b7-4f1eed8ca0e8 |

This is the email I sent Darren, and the gal that was in the training room as we left a nesting meeting and we had the conversation regarding 'we're not here to make friends, we're here to do a job.'

**From:** Thoma Noddin
**Sent:** Wednesday, September 20, 2017 3:19 PM
**To:** Kristie Foster <krfoster@wayfair.com>
**Subject:** FW: Conversation with Amber Robertson

Hi Kristie,

This is the CHAT session I spoke of!

**From:** Thoma Noddin
**Sent:** Wednesday, September 13, 2017 12:20 PM
**To:** Darren Plante <dplante@wayfair.com>
**Subject:** FW: Conversation with Amber Robertson

Hi Darren,

Amber Robertson, our Nesting Coach in Bryan, TX, passed along some feedback regarding Kirstie Trahan. I've let her know I would give you a heads up, but you can decide whether this needs to go any further☺

**From:** Amber Robertson [mailto:arobertson@wayfair.com]
**Sent:** Wednesday, September 13, 2017 12:13 PM
**To:** Amber Robertson <arobertson@wayfair.com>; Thoma Noddin <tnoddin@wayfair.com>
**Subject:** Conversation with Amber Robertson

Amber Robertson 12:04 PM:

Good morning!

Thoma Noddin 12:04 PM:

Good morning Amber! :)

Amber Robertson 12:04 PM:

W000078

Congrats on your promotion. I am so happy to see your progression.

**Amber Robertson 12:04 PM:**

I wanted to reach out to you about an agent who is your nest..

**Amber Robertson 12:05 PM:**

Kirstie Trahan, took a call helping a sales agent here and she stated that she was not very friendly. I didn't listen to the call, but I wanted to make you aware of the situation.

**Thoma Noddin 12:09 PM:**

Thank you for the heads up...she graduated nesting last week but hasn't moved out from under me as of yet. Her Manager is currently Darren Plante, I'll get this feedback over to him... what you've described doesn't sound like her but she just came back from bereavement leave.

W000079