

| | |
|---|---|
| **From:** | Kristie Foster |
| **To:** | Jonie Dunivan |
| **Cc:** | Pete Boudreaux |
| **Subject:** | Investigation Notes |
| **Date:** | Thursday, September 21, 2017 6:54:42 AM |

**Hey Jonie- Here is a compilation of all my notes from yesterday's meetings. Please let me know if anything additional is needed from me at this time. Thanks!**

Joseline Belanger and Haley Mannion came over to get me (Kristie Foster) to let me know there was a conduct issue that had taken place on the floor. They came over to get me around 2:30pm. Joseline stated that she heard there was a fight that broke out on the floor, she didn't know much detail but she knew it was between Kirstie Trahan and Brianna Ireland. She stated the fight wasn't physical but harsh language was exchanged.

The incident took place at approximately 2:00-2:15pm (the managers were off the floor in a weekly manager meeting)

Haley and I met with Brianna Ireland first. Brianna stated that Kirsten had asked a general question out loud about the phone number to FedEx Canada. Brianna responded with on the sheet that we got it has the number for UPS Canada. Before she could finish her sentence Kirstie cut her off and said "I was not talking to you, mind your business" Brianna said "if you would have let me finish, I was going to tell you that FedEx was also listed on that contact sheet, I was trying to help you" Kirstie got upset and told Bree not to be so ignorant, then she threw her headset and slammed down her cell phone and walked off. Brianna said she knew that the word fuck was used on the floor, but doesn't remember exactly at what point it was said.

Joseline and I met with Kirstie Trahan second. Kirstie asked why she needed to be met with. I responded to let her know that I was made aware of a situation on the floor and I wanted to know more details about it. She said " I said they are a bunch of bitches" She stated that Brianna snapped at her. She would not specify the wording used after probing in twice. She stated that she was only asking a question directed at Ashley and Brianna didn't need to respond to her. She said she is sick of the click that Brianna, Will Hesketh and a few others have and they are always talking about her, they are a bunch of bitches and reported it to Thoma. She said no F bombs were said on the floor and she doesn't know why she is being questioned. She said she wants a seat move, and a team change to be away from her (Brianna). Kirstie said there have been several instances of "snapping". She said she has told Thoma about the first instance where Kirstie also tried to share information but nothing was ever done about it. (Her body language during my meeting with her was very closed off, she had her arms crossed, she faced her chair into the wall and rolled her eyes several times.)

Joseline and I met with Ashley Macdonald. Ashley separated the two and tried to bring order to the situation. During the time of this conduct issue the Managers were off the floor in a weekly manager meeting. Ashley said that Kirstie asked a general question to the group about a phone number. Brianna jumped on offering up the phone number to help out her peer. Ashley said she wasn't paying attention to the request so she didn't answer right away or think anyone was talking to her. Kirstie snapped back at Brianna and said "That is not what I was talking about Kirstie" and Brianna said "Well if you would have given me a chance to finish you would have known that I was going to tell you the FedEx is also on the sheet" Kirstie said "Don't be ignorant and have an attitude with me." At that point Ashley tried to diffuse the situation by saying hey guys, we are on the floor, we all ask questions, and everyone needs help. At that point she said that Kirstie threw her phone and head set and dropped a few F bombs. Ashley said from there, Kirstie stepped away from her desk. Ashley also stated this isn't the first time that Kirstie has got upset with Brianna or someone in the group that sits there with them. She said that she has witnessed Kirstie getting frustrated and beating her closed fists on the desk, throwing her phone or headset or snapping at someone. I asked Ashley if this had ever been reported and she disclosed that she discussed it with her nesting coach, Thoma Noddin.

W000058

I met with Thoma Noddin. I asked her to disclose if anyone has ever come to her to report anything or share any information about Kirstie Trahan from her nesting class. Thoma said that she doesn't recall anyone ever coming to her and she wishes she could be of more help. I asked if anyone had ever emailed her, pulled her aside, and that anything she could remember would be helpful. Thoma said that at one point she did receive a skype message about her attitude from another nesting coach (I sent the email directly to Jonie) and that she forwarded it to Darren Plante but never addressed it. Thoma again said she wished she could help more but didn't have any documentation or conversations with or about Kirstie.

I met with Darren Plante. I asked him if Thoma Noddin had ever emailed him information, or anyone has ever come to him regarding Kirstie Trahan. Darren said that he hadn't received anything from her that he can recall but will go back to his desk and check after this meeting. Darren said that he had never personally witnessed anything but had heard that she snapped at Matt Pulley (her floorwalker) during the nesting period. He said he had heard this as gossip but never addressed anything since everything seemed to be ok with everyone. (after Darren left the meeting he sent me the email that Thoma had sent to him and said

"I definitely overlooked this one from Thoma. This was on the day we shared the news with Team 14 I was changing teams." The date referenced is 9/13/2017.

I met with Matt Pulley and asked for his experience with Kirstie Trahan during the floorwalking period for her nesting class. Matt said that she has a very poor attitude sometimes and that one particular instance stuck out in his head. He stated that Kirstie had raised her hand to ask for help on a wizard question (he cannot recall which wizard) and when he got to her desk he got down on one knee at her level to help her. He could see from the order page that she had not yet run the wizard. He asked if she could run the wizard and Kirstie said that she had. He said well I cannot see the documentation from it so can you humor me and run it one more time. Kirstie then stated "I'm starting to lose my patience with you" and Matt said "I am sorry, I am just trying to help and walk you through the process" after that he said Kirstie got up from her desk and said "I can't even be near you right now" and stormed off. Matt said that a few moments later after helping some other nesters he heard that Kirstie was in the bathroom on the floor crying. He said he went to Thoma to tell her that Kirstie was crying in the bathroom and shared the situation with Thoma. Thoma went to get Kirstie and check in with her. According to Matt, Thoma stated that the employee was ok and then Kirstie got back on the phone. Two days after this incident Matt said that Kirstie acted like nothing ever happened when she raised her hand for Matt to help her again. Matt said when he went over to answer a question she said "well I have a lot going on" she never apologized or gave any further information to him. He said the following day a group of nesters gave him a card saying how thankful they were for him and how they were sorry that he was mis treated. The person who purchased the card and had it signed was Will Hesketh. Matt said that Kirstie did not sign the card.

Additional information-
Haley Mannion received this skype message from Brianna Ireland during our manager meeting.

So I'm assuming that this would be something I would bring up with you, but Kirstie the one that sit diagonal from me, if she snaps at me one more time when I'm trying to help her and tells me "she's sick of listening to me run my mouth all day" I'm probably going to lose my cool. Just so you know. She's snapped at all of us. And it's getting to be way too much. Especially when I'm just trying to be helpful.

W000059

**KRISTIE FOSTER**
Customer Service Manager

**WAYFAIR**
Wayfair, LLC. - Bangor Office
690 Maine Ave.
Bangor, ME 04401
United States
P: 857-559-4864
krfoster@wayfair.com

wayfair.com

| Joss & Main | AllModern | Dwell Studio | Wayfair Supply | BirchLane |
|---|---|---|---|---|

Please do not send credit card numbers via email for any reason.

W000060