UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KIRSTIE TRAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:18-cv-00209-LEW |
| | ) | |
| WAYFAIR MAINE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## J U D G M E N T

In accordance with Order on Defendant's Motion for Summary Judgment entered by U.S. District Judge Lance E. Walker on September 6, 2019;

JUDGMENT is hereby entered for defendant, Wayfair Maine LLC and against the plaintiff, Kirstie Trahan.

CHRISTA K. BERRY, CLERK


/s/Julie W. Rodrigue
Deputy Clerk

Dated this 6th day of September, 2019.