UNITED STATES DISTRICT COURT
DISTRICT OF MAINE
Docket No. 1:18-cv-00209-LEW

| | |
|---|---|
| KIRSTIE TRAHAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WAYFAIR MAINE, LLC<br><br>　　　　　　　　Defendant. | NOTICE OF APPEAL |

　　　　This notice is given that Kirstie Trahan, plaintiff in this action, hereby appeals to the United States Court of Appeals for the First Circuit from an order granting summary judgment to Wayfair Maine, LLC, Defendant, entered in this action on the 6th day of September, 2019.

Dated:  September 23, 2019

　　　　　　　　　　　　　　　　　　　　/s/　　Brett D. Baber, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff- Appellant Kirstie Trahan
　　　　　　　　　　　　　　　　　　　　Lanham Blackwell & Baber, P.A.
　　　　　　　　　　　　　　　　　　　　133 Broadway
　　　　　　　　　　　　　　　　　　　　Bangor, ME  04401
　　　　　　　　　　　　　　　　　　　　207-942-2898
　　　　　　　　　　　　　　　　　　　　bbaber@lanhamblackwell.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2019, I electronically filed Plaintiff's Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) by electronic mail to the following:

Katherine I. Rand
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
krand@pierceatwood.com

Dated:  September 23, 2019          /s/  Brett D. Baber
                                    Brett D. Baber
                                    Lanham Blackwell & Baber, P.A.
                                    133 Broadway
                                    Bangor, ME  04401
                                    207-942-2898
                                    bbaber@lanhamblackwell.com