# United States Court of Appeals
## For the First Circuit

_____

No. 19-1961

KIRSTIE TRAHAN,

Plaintiff, Appellant,

v.

WAYFAIR MAINE, LLC,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: April 21, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Brett D. Baber
Katharine Ives Rand
Daniel R. Strader